IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01718-MSK-KMT

SATYA WIMBISH,

        Plaintiff,

v.

NEXTEL WEST CORP., d/b/a Sprint,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion for Summary Judgment by Chief Judge Marcia S. Krieger (**Doc. #36**) filed on March 29, 2016 it is

ORDERED that Judgment is entered in favor of Defendant and against the Plaintiff.

The case will be closed.

Dated this 29th day March, 2016.

                                  ENTERED FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK


                                  s/Patricia Glover
                                      Deputy Clerk